1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**
9                    **CENTRAL DISTRICT OF CALIFORNIA**
10

| 11 | NYC Topanga, LLC, a California limited liability company, | Case No. 2:14-CV-09721-AB(Ex) |
|---|---|---|
| 12 | | |
| 13 | Plaintiffs, | **[PROPOSED] JUDGMENT** |
| 14 | vs. | |
| 15 | Bank of America, National Association, a national bank and California corporation; and Does 1 through 100, inclusive, | |
| 16 | | |
| 17 | | |
| 18 | Defendants. | |

1100874.1

**[PROPOSED] JUDGMENT**

On July 2, 2015, the Court, having considered Bank of America, N.A.'s ("BANA") Motion to Dismiss, and all papers submitted by the parties in support thereof and in opposition thereto, **GRANTED** BANA's Motion to Dismiss without leave to amend and dismissed Plaintiff NYC Topanga, LLC's Complaint with prejudice.  (*See* Doc. No. 26.)

**IT IS HEREBY ORDERED, ADJUDGED,** and **DECREED** that judgment is entered in favor of BANA and against Plaintiff.

**IT IS SO ORDERED.**

Dated: July 23, 2015

Hon. André Birotte Jr.
United States District Judge

1100874.1

1

[PROPOSED] JUDGMENT